UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAYAN ESNEIDER CARRASQUILLA OCAMPO,<br><br>       Petitioner,<br><br>   v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>       Respondents | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER  2:26-cv-01953-JNW |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Petition for a Writ of Habeas Corpus is

GRANTED with the relief ordered at Dkt. No. 8.

Dated July 20, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Kathleen R. Albert*
Deputy Clerk