UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAYAN ESNEIDER CARRASQUILLA OCAMPO,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-01953-JNW<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

(1) The Court DIRECTS Petitioner Brayan Esneider Carrasquilla Ocampo to RESPOND to Respondents' motion to amend judgment under Federal Rule of Civil Procedure 59(e) by November 17, 2026. The response may not exceed 2,100 words. *See* LCR 7(h)(3). No reply is permitted.

(2) The Clerk is DIRECTED to re-note Respondents' motion to amend judgment for November 17, 2026. Dkt. No. 11.

Dated this 3rd day of November 2026.

Joshua C. Lewis
Clerk

*/s/ Kathleen Albert*
Deputy Clerk